BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00289-01 WBS |
|---|---|
| Plaintiff, | **AMENDED STIPULATION AND [PROPOSED] ORDER TO SET MATTER FOR CHANGE OF PLEA AND FOR EXCLUSION OF TIME** |
| v. | |
| ANTONIO MORENO-NANEZ, | [18 U.S.C. § 3161; Local Code T4] |
| Defendant. | |

    This matter is currently set for a status hearing for June 25, 2012 on the Court's calendar. Counsel for the United States has communicated with counsel for Defendant Antonio Moreno-Nanez about the status of the case, and has been informed that she needs additional time to prepare the matter for defense and resolution. Based on counsel's need to prepare the matter for defense and resolution, the parties request that the matter be continued to July 9, 2012 for change of plea.

    Based on these facts, the parties stipulate and agree that the trial delay and exclusion of time requested herein is necessary to provide defense counsel reasonable time to prepare her client's defense taking into account due diligence. The parties further stipulate and agree that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

    Accordingly, the parties, through their respective counsel, hereby stipulate and respectfully request that the status hearing set for June 25, 2012 be vacated and that the matter be continued to

July 9, 2012 for change of plea.  In addition, the parties stipulate that the time period from June 25, 2012, to July 9, 2012, should be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv), and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

    IT IS SO STIPULATED.

Dated:  June 18, 2012                                      Respectfully submitted,

                                                             BENJAMIN B. WAGNER
                                                             United States Attorney

By: */s/ Todd A. Pickles*
     TODD A. PICKLES
     Assistant U.S. Attorney

     Attorneys for the United States of America


     DANIEL BRODERICK
     Federal Public Defender

By: */s/ Todd A. Pickles for*
     LEXI NEGIN
     Assistant Federal Public Defender

     Attorneys for Defendant Antonio Moreno-Nanez

## ORDER

Based on the reasons set forth in the stipulation of the parties filed on June 18, 2012, and good cause appearing there from, the Court adopts the stipulation of the parties in its entirety.

IT IS HEREBY ORDERED that the status hearing currently scheduled for June 25, 2012, is VACATED and that the case is SET for a change of plea on July 9, 2012 at 9:30 a.m.

The Court further finds that the ends of justice that will be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' June 18, 2012 stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is EXCLUDED during the time period from June 25, 2012 through July 9, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

IT IS SO ORDERED.

DATED: June 18, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE